UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PHILLIP SULLIVAN, JR., *on behalf of himself and all others similarly situated,*

Plaintiff,

-against-

AUTODESK, INC.,

Defendant.

Case No.: 18-cv-9317

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, AUTODESK, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Sean J. Kirby, Esq.
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza, 39th Floor
New York, NY 10112
Telephone: (212) 634-3023
skirby@sheppardmullin.com

Date: 3/18/19

For the Plaintiff:

By: /s/ C.K. Lee
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: March 18, 2019

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge

March 19, 2019